## THE GREENLAW LUMBER AND TIMBER COMPANY v. CHAMBERS.

**Appellate Practice—Statutory Construction—Appeal Bond—No Approval.**

Where an appeal bond bears no indorsement of approval and the record shows no such order, an appeal will be dismissed as not being in compliance with Mills' Ann. Code, § 388, providing that, in appeals to the supreme court, such bond must be approved by the trial court, or by the clerk thereof when the order of appeal so directs.—P. 111.

*Appeal from the County Court of La Plata County. Hon. Chas. A. Pike, Judge.*

*On Motion to Dismiss.*

Action by H. W. Chambers against The Greenlaw Lumber and Timber Company. From a judgment for plaintiff, defendant appeals. Motion made in this court to dismiss upon the ground that the appeal bond was never approved below.

*Appeal dismissed, and case ordered docketed on writ of error.*

Messrs. PULLIAM & LANE and Mr. D. B. CAREY, for appellant.

Mr. P. G. ELLIS and Mr. I. B. MELVILLE, for appellee.

Opinion *per Curiam*, Department 3:

The appellee moves to dismiss the appeal upon the ground that the appeal bond filed was never approved by the clerk of the county court, as required by the order granting the appeal, and as provided by the Code of Civil Procedure (Mills' Ann. Code, § 388).

The original appeal bond is included in the transcript. The bond bears no indorsement of approval, nor does the record disclose an order of approval. The appeal therefore must be dismissed.

The appeal will be dismissed, with directions to the clerk to enter the cause as pending on writ of error, without costs.                    *Dismissed.*